# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

Clifford W. Taylor,
Chief Justice

135417

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC: 135417
                                    COA: 279544

MARLON WESTBROOK,
     Defendant-Appellant.
                                    Wayne CC: 07-005517-01

_____/

     On order of the Court, the application for leave to appeal the October 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008                                   _____
                                                 Clerk

l0528